UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VERONICA HANEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )      No. 3:20-CV-268-TRM-DCP |
| | ) |
| BRIAN TILLER, | ) |
| | ) |
|     Defendant. | ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Appoint Counsel. [Doc. 18] Combined with the Motion to Appoint Counsel is a Motion for Injunctive Relief. [Doc. 18] The instant Order addresses only the Motion to Appoint Counsel, leaving the request for injunctive relief for later resolution.

The pro se Plaintiff previously filed a Motion to Appoint Counsel [Doc. 14] which the Court denied. [Doc. 16] The instant motion includes financial information and various allegations against Defendants in relation to her request for injunctive relief. Plaintiff also attached a copy of her previously denied Motion to Appoint Counsel. [Doc. 14]

The addition of Plaintiff's financial information does not alter the Court's previous ruling in this matter. Plaintiff has not established the sort of exceptional circumstances that would warrant the appointment of counsel on her behalf. For the reasons set forth in the Court's prior Order [Doc. 16], Plaintiff's Motion to Appoint Counsel [**Doc. 18**] is **DENIED**. As noted above, the Court leaves the Motion for Injunctive Relief [Doc. 18] for later consideration. In addition, the Court

notes that the current filing includes a document which contains Plaintiff's protected personal information. Accordingly, the Clerk is **DIRECTED** to **SEAL** the filing. **[Doc. 18]**

    **IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

2

Case 3:20-cv-00268-TRM-DCP   Document 21   Filed 11/17/20   Page 2 of 2   PageID #: 87